| | |
|---|---|
| **From:** | Michigan Salt <michigansalt@gmail.com> |
| **Sent:** | Thursday, May 16, 2019 4:41 PM |
| **To:** | Entremont, Cheryl |
| **Cc:** | Alley, Steve; Kinnard, Thomas |
| **Subject:** | Re: Contract Reserve to Lemont/Chicago * signed * |
| **Attachments:** | 109339 - 27309 - Agree Reserve to LemontChicago (LHMayJune19) Salt.pdf; attachment.html |

**EXHIBIT 1**

Please note discharge is 12,000 shinc and $1.75 per MT as what we had agreed to- sending this email as confirming as to what we agreed to. Thanks you all.

Andy Lindamood
President
Michigan Salt Products, LLC
Sent from my iPhone

On May 3, 2019, at 2:43 PM, Entremont, Cheryl <Cheryl.Entremont@ingrambarge.com> wrote:

> Andy, attached please find our contract for Reserve to Lemont/Chicago (LH May-June19). Please sign and return via e-mail. Thanks..
>
> Regards,
>
> Cheryl M. Entremont
> Ingram Barge Company
> Dry Cargo Sales
> P. O. Box 533
> Reserve, LA 70084
> Phone: (985) 479-7212
> Cheryl.Entremont@ingrambarge.com
> Fax: (985) 479-7261
>
> <image007.png>
>
> <image008.jpg>
>
> <image009.jpg>
> The *first and only* barge carrier in the history of the Partnership to receive this distinction. Learn more
>
> <109339 - 27309 - Agree Reserve to LemontChicago (LHMayJune19) Salt.pdf>