# DEMURRAGE INVOICE



**PLEASE REMIT TO:**
**Ingram Barge Company**
P.O. BOX 198934
ATLANTA, GA 30384-8934

**INVOICE NO:** 1959436
**INVOICE DATE:** 07/09/2019
**CUSTOMER NO:** 00021150
**PAYMENT TERMS:** Net 30 Days
**DUE DATE:** 08/08/2019

**Michigan Salt Products, LLC**
Attn:   Andy Lindamood
1120 S Lapeer Rd
Suite 200
Oxford, MI  48371

| JOB NO. | OUR CONTRACT | YOUR REPRESENTATIVE | OUR REPRESENTATIVE |
|---|---|---|---|
| 133042 | 109339 | Andy Lindamood | Steve Alley |

**CARGO:** Salt

**ORIGIN:** LMR   136   TRIANGLE ANCHORAGE

**DESTINATION:** IR   299.9   OZINGA/LEMONT

| LINE | TYPE OF SERVICE | BARGE | LOAD DATE | PURCHASE ORDER NO. | QUANTITY | UOM | RATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Demurrage | IN155410 | 06/06/19 | | 5.00 | BD | $300.000 | $1,500.00 |
|   | Vessel: SBI ORION | | | | | | | |
| 2 | Demurrage | IN155410 | 06/06/19 | | 1.00 | BD | $400.000 | $400.00 |
|   | Vessel: SBI ORION | | | | | | | |

**Invoice Total:**   ============
   **$1,900.00**

**TO BILL DEMURRAGE CHARGES PER THE ATTACHED WORKSHEET**

**EXHIBIT 5**

Correspondence Address:
4400 Harding Pike
Nashville, TN 37205

Telephone: 615/298-8200
Facsimile: 615/298-8349
Biller:   Charles Daniel Beard

Page 1 (Final Page)
Case 3:21-cv-00674   Document 1-5   Filed 08/30/21   Page 1 of 2 PageID #: 37



# Loading & Discharge - Demurrage Candidate Report

**Grouped By:** Contract, Job
**Filtered By:** 07/09/2019
**Sorted By:** Placed to Load Date, Barge

Michigan Salt Products, LLC

| Contract Information | | | | | | |
|---|---|---|---|---|---|---|
| **FREE ALL:** 6 | | | | **EXCLUDE:** | **REF INVOICE# :** 1959436 | |
| **ORIGIN:** LMR 136 T TRIANGLE ANCHORAGE | | | | | **CONTRACT#:** 109339 | |
| **DESTINATION:** IR 299.9 T OZINGA/LEMONT | | | | | **JOB#:** 133042 | |

| Barge | C/P Load Release | Days Used | C/P Unload Release | Days Used | Total Days | Free Days | Sun Hol | Billable Days | Rate | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| IN155410 | 06/05 0700  06/06 0700 | 1.00 | 06/27 0929  07/08 1200 | 11.00 | 12.00 | 6 | 0 | 6.00 | 300/5, 400/5, 550 | $1,900.00 |

**Total Demurrage Due:** $1,900.00

**Total $ Due:** $1,900.00



beardd            Page 1 of 1            Tuesday, July 9, 2019 02:41 PM