# INVOICE



| PLEASE REMIT TO: | | INVOICE NO: | 1961830 |
|---|---|---|---|
| **Ingram Barge Company** | | INVOICE DATE: | 07/30/2019 |
| P.O. BOX 198934 | | CUSTOMER NO: | 00021150 |
| ATLANTA, GA 30384-8934 | | PAYMENT TERMS: | Net 30 Days |
| | | DUE DATE: | 08/29/2019 |

**Michigan Salt Products, LLC**
Attn:   Andy Lindamood
1120 S Lapeer Rd
Suite 200
Oxford, MI  48371

| JOB NO. | OUR CONTRACT | YOUR REPRESENTATIVE | OUR REPRESENTATIVE |
|---|---|---|---|
| 133042 | 109339 | Andy Lindamood | Tyler S. Wehner |

**CARGO:** Salt

**ORIGIN:** LMR  136  TRIANGLE ANCHORAGE

**DESTINATION:** IR  299.9  OZINGA/LEMONT

| LINE | TYPE OF SERVICE | BARGE | LOAD DATE | QUANTITY | UOM | RATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Operational Fee | IN115511 | 06/12/19 | 45.750 | BH | $10.420 | $476.72 |
|   | Vessel: SBI ORION | | | | | | |
| 2 | Operational Fee | IN115511 | 06/12/19 | 58.730 | BH | $10.420 | $611.97 |
|   | Vessel: SBI ORION | | | | | | |
| 3 | Operational Fee | IN115511 | 06/12/19 | 45.750 | BH | $19.580 | $895.79 |
|   | Vessel: SBI ORION | | | | | | |
| 4 | Operational Fee | IN115511 | 06/12/19 | 58.730 | BH | $19.580 | $1,149.93 |
|   | Vessel: SBI ORION | | | | | | |

============

**Invoice Total:**                                                            **$3,134.41**

**TO BILL CHARGES PER THE ATTACHED WORKSHEET**

**EXHIBIT 34**

Correspondence Address:
4400 Harding Pike
Nashville, TN 37205

Case 3:21-cv-00674   Document 1-34   Filed 08/30/21   Page 1 of 2 PageID #: 94
Page 1 (Final Page)

Telephone: 615/298-8200
Facsimile: 615/298-8349
Biller: Charles Daniel Beard



# Operational Fee Detail

**INVOICE:** 1961830
**BARGE:** IN115511

| Line | M/V | Location | Begin DT | End DT | Total Qty | Freetime | Used Freetime | Bill Qty | UOM | Rate | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lock Delay/BRG | | | | | | | | | | | |
| 1 | Sam M. Fleming | STARVED ROCK LOCK (IR 231) | 07/16 08:55 | 07/18 18:40 | 57.75 | 12.00 | 12.00 | 45.75 | BH | $10.42 | $476.72 |
| 2 | Sam M. Fleming | MARSEILLES LOCK (IR 244.6) | 07/18 22:46 | 07/21 21:30 | 70.73 | 12.00 | 12.00 | 58.73 | BH | $10.42 | $611.97 |
| Lock Delay/MV | | | | | | | | | | | |
| 3 | Sam M. Fleming | STARVED ROCK LOCK (IR 231) | 07/16 08:55 | 07/18 18:40 | 57.75 | 12.00 | 12.00 | 45.75 | BH | $19.58 | $895.79 |
| 4 | Sam M. Fleming | MARSEILLES LOCK (IR 244.6) | 07/18 22:46 | 07/21 21:30 | 70.73 | 12.00 | 12.00 | 58.73 | BH | $19.58 | $1,149.93 |

**Total Amount**
**$3,134.41**