# INVOICE



**PLEASE REMIT TO:**
**Ingram Barge Company**
P.O. BOX 198934
ATLANTA, GA 30384-8934

| | |
|---|---|
| **INVOICE NO:** | 1971698 |
| **INVOICE DATE:** | 10/09/2019 |
| **CUSTOMER NO:** | 00021150 |
| **PAYMENT TERMS:** | Net 30 Days |
| **DUE DATE:** | 11/08/2019 |

**Michigan Salt Products, LLC**
Attn:   Andy Lindamood
1120 S Lapeer Rd
Suite 200
Oxford, MI  48371

| JOB NO. | OUR CONTRACT | YOUR REPRESENTATIVE | OUR REPRESENTATIVE |
|---|---|---|---|
| 133042 | 109339 | Andy Lindamood | Tyler S. Wehner |

**CARGO:**   Salt

**ORIGIN:**   LMR   136   TRIANGLE ANCHORAGE

**DESTINATION:**   IR   299.9   OZINGA/LEMONT

| LINE | TYPE OF SERVICE | BARGE | LOAD DATE | QUANTITY | UOM | RATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Operational Fee | T13905 | 06/13/19 | 105.170 | BH | $10.420 | $1,095.87 |
| | Vessel: SBI ORION | | | | | | |
| 2 | Operational Fee | T13905 | 06/13/19 | 78.570 | BH | $10.420 | $818.70 |
| | Vessel: SBI ORION | | | | | | |
| 3 | Operational Fee | T13905 | 06/13/19 | 105.170 | BH | $19.580 | $2,059.23 |
| | Vessel: SBI ORION | | | | | | |
| 4 | Operational Fee | T13905 | 06/13/19 | 78.570 | BH | $19.580 | $1,538.40 |
| | Vessel: SBI ORION | | | | | | |

============

**Invoice Total:**                                                                 **$5,512.20**

**TO BILL CHARGES PER THE ATTACHED WORKSHEET**

**EXHIBIT 63**

Correspondence Address:
4400 Harding Pike
Nashville, TN 37205

Telephone: 615/298-8200
Facsimile: 615/298-8349

Page 1 (Final Page)

Biller:   Charles Daniel Beard

Case 3:21-cv-00674   Document 1-63   Filed 08/30/21   Page 1 of 2 PageID #: 152



# Operational Fee Detail

**INVOICE:** 1971698
**BARGE:** T13905

| Line | M/V | Location | Begin DT | End DT | Total Qty | Freetime | Used Freetime | Bill Qty | UOM | Rate | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lock Delay/BRG | | | | | | | | | | | |
| 1 | Ralph E. Plagge | STARVED ROCK LOCK (IR 231) | 08/30 02:15 | 09/03 23:25 | 117.17 | 12.00 | 12.00 | 105.17 | BH | $10.42 | $1,095.87 |
| 2 | Ralph E. Plagge | MARSEILLES LOCK (IR 244.6) | 09/04 02:30 | 09/07 21:04 | 90.57 | 12.00 | 12.00 | 78.57 | BH | $10.42 | $818.70 |
| Lock Delay/MV | | | | | | | | | | | |
| 3 | Ralph E. Plagge | STARVED ROCK LOCK (IR 231) | 08/30 02:15 | 09/03 23:25 | 117.17 | 12.00 | 12.00 | 105.17 | BH | $19.58 | $2,059.23 |
| 4 | Ralph E. Plagge | MARSEILLES LOCK (IR 244.6) | 09/04 02:30 | 09/07 21:04 | 90.57 | 12.00 | 12.00 | 78.57 | BH | $19.58 | $1,538.40 |

**Total Amount**
**$5,512.20**