UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INGRAM BARGE COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-00674 |
| | ) | Judge William L. Campbell, Jr. |
| MICHIGAN SALT PRODUCTS, LLC, | ) | Magistrate Judge Alistair Newbern |
| | ) | |
| Defendant. | ) | |

## MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE PENDING FILING OF MOTION FOR DEFAULT JUDGMENT

Plaintiff Ingram Barge Company LLC ("IBCO") hereby moves the Court to reset the Initial Case Management Conference in this matter, which currently is set for November 4, 2021, to an unspecified future date pending the filing and resolution of a motion for entry of a default judgment by IBCO.

As support for this motion, IBCO would show as follows.

1. IBCO filed its complaint in this matter on August 30, 2021. The Clerk of Court issued a summons to Defendant Michigan Salt Products, LLC ("Michigan Salt") on August 31, 2021. A copy of IBCO's complaint in this matter was promptly served on Michigan Salt via certified mail on September 7, 2021, which, in turn, required Michigan Salt to file a responsive pleading no later than September 28, 2021 absent an agreed extension of that deadline or other relief from this Court. *See* Doc. 9.

2. Despite that effective service of process and responsive pleading deadline, as of this filing, Michigan Salt has yet to respond to IBCO's complaint or otherwise enter a notice of appearance in this matter.

3. This failure by Michigan Salt entitles IBCO the entry of a default judgment pursuant to Fed. R. Civ. P. 55(a).

4. IBCO plans to file a motion requesting the entry of a default judgment against Michigan Salt on or before November 4, 2021.

5. At present, the Court has scheduled an Initial Case Management Conference in this matter for November 4, 2021.

6. Given Michigan Salt's failure to make an appearance in this matter to date, as well as IBCO's shortly forthcoming motion for entry of a default judgment, IBCO submits that going forward with the Initial Case Management Conference currently set for November 4th would not be an effective use of judicial resources, and that such conference should be postponed to an unspecified future date pending the Court's resolution of the IBC's shortly forthcoming motion for entry of a default judgment.

7. The requested relief will not materially delay the progress of this case, which, as noted, is likely to be resolved by entry of a default judgment and without the need for customized case management.

WHEREFORE, premises considered, IBCO respectfully requests that the Court postpone the Initial Case Management Conference in this matter presently set for November 4, 2021 to an unspecified future date pending resolution of IBCO's shortly forthcoming motion for entry of a default judgment.

DATED this 27th day of October, 2021.

Respectfully submitted,

*/s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr. (018844)
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
bphillip@bassberry.com

David L. Reisman (*pro hac vice*)
Raymond T. Waid (*pro hac vice*)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979
dreisman@liskow.com
rwaid@liskow.com

***Attorneys for Ingram Barge Company LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent true and correct copies of the same via first-class U.S. Mail to the following:

Michigan Salt Products, LLC
1120 S. Lapeer Road, Suite 200
Oxford, MI 48371

*/s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr.