UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN SALT PRODUCTS, LLC,<br><br>Defendant. | Case No. 3:21-cv-00674<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

In a filing made on October 27, 2021, Plaintiff Ingram Barge Co. stated its intent to file a motion for entry of default against Defendant Michigan Salt Products, LLC, on or before November 4, 2021. (Doc. No. 13.) No motion has been filed and Michigan Salt has not yet appeared in the case. By December 7, 2021, Ingram Barge shall file a status update of its plans to prosecute this action.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge