# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| INGRAM BARGE COMPANY LLC <br><br> *Plaintiff* <br><br> v. <br><br> MICHIGAN SALT PRODUCTS, LLC <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:21-cv-00674 <br> ) <br> ) <br> ) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew "Andy" Lindamood, President and CEO
Michigan Salt Products, LLC
1120 S. Lapeer Road, Suite 200
Oxford, MI 48371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  W. Brantley Phillips, Jr.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-6293 (facsimile) bphillips@bassberry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/11/2022

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew "Andy" Lindamood, President & CEO, Michigan Salt Products, LLC
was received by me on *(date)* 2-16-2022.

☑ I personally served the summons on the individual at *(place)* 1120 S Lapeer Rd, Suite 200, Oxford, MI 48371 on *(date)* 2-16-2022 at 3:55pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **$75.50** / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-23-2022

*Server's signature*

Gerald Kirschner, Process Server
*Printed name and title*

6751 Dixie Highway, Suite 107
Clarkston, MI 48346
*Server's address*

Additional information regarding attempted service, etc:

# Personal Service Description Form

*Please Print Clearly*

| Service information ||
|---|---|
| Defendant's Full Name | Andrew "Andy" Lindamood, President & CEO Michigan Salt Products, LLC |
| Case Number | 3:21-CV-00674 |
| Service Date | Wed. 2-16-2022 |
| Service Time | 3:55 pm |
| Cost of Service | $75.50 |
| Server's Full Name | Gerald Kirschner |
| Description of Defendant ||
| Sex of the Person Served | Male |
| Race of the Person Served | White |
| Age of the Person Served | 43 |
| Eye Color of the Person Served | |
| Hair Color of the Person Served | Blond |
| Height of the Person Served | 5'10" |
| Weight of the Person Served | 190 lbs |
| Identifying Features of the Person Served (tattoos, scars, glasses, etc.) | |
| Body Type of the Person Served | |