# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00674 |
| MICHIGAN SALT PRODUCTS, LLC, | ) JUDGE CAMPBELL |
| Defendant. | ) MAGISTRATE JUDGE NEWBERN |

## ORDER

On January 19, 2023, the Clerk granted in part and denied in part Plaintiff's motion default judgment against Defendant Michigan Salt Products, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(1). (*See* Doc. No. 29). The Clerk granted default judgment as to amounts claimed in contract damages and contractual interest, and denied Plaintiff's request for attorney's fees without prejudice to refiling pursuant to Local Rule 54.01(b).

Plaintiff shall file any motion for an award of attorney's fees on or before July 14, 2023. Absent such a motion or any other filing from a party, the Court will enter final judgment and close the file after that date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE